IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

WILLIAM HALEY, JR., FATHER OF THE §
MINOR CHILD, E.H.;                §
                                  §
                                  §
         *Plaintiff*,             §           NO.  9:26-CV-00041-MJT-ZJH
                                  §
v.                                §           JUDGE MICHAEL TRUNCALE
                                  §
JOHN DOE 1-50,  JANE DOE 1-50,    §
                                  §
                                  §
         *Defendants*.            §

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 20, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  On January 29, 2026, Judge Hawthorn ordered *pro se* Plaintiff William Haley ("Haley") to pay the filing fee or file a *Motion for Leave to Proceed in forma pauperis*.  Dkt. 3.  After Haley failed to comply with the *Order* [Dkt. 3], Judge Hawthorn issued a *Report and Recommendation* [Dkt. 4], which recommended dismissing Haley's case for want of prosecution.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 4] along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 4] dismissing this case without prejudice for want of prosecution is ADOPTED.  The court will separately enter Final Judgment.

**SIGNED this 13th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge